AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JOHN THOMAS ENTLER,

        Plaintiff,

        v.

JOANN IRWIN,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 12-CV-5122-TOR

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  the Complaint is DISMISSED WITHOUT PREJUDICE.

February 19, 2013
*Date*

SEAN F. McAVOY
*Clerk*

s/ Sheila Parpolia
*(By) Deputy Clerk*

Sheila Parpolia